UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, and TRANSUNION HEALTHCARE, LLC,<br><br>Defendants. | Case No.: 3:20-cv-00969 |

**DEFENDANTS TRANS UNION LLC'S AND
TRANSUNION HEALTHCARE, LLC'S REQUEST FOR ORAL ARGUMENT
ON THEIR RULE 12(b)(6) MOTION TO DISMISS**

Defendants Trans Union LLC ("Trans Union") and TransUnion Healthcare,

LLC ("TUHC") (together "Defendants"), pursuant to Local Rules 7-5(a), hereby

respectfully request oral argument regarding their Rule 12(b)(6) Motion to Dismiss

("Motion to Dismiss") (ECF 18) for the reasons set forth below:

1.　　Oral argument is necessary on Defendants' Motion to Dismiss to allow

the Defendants and Plaintiff, John Fralish ("Plaintiff") (collectively the "Parties") to

explain, and answer any questions of this Court  about, the relevant test for

determining whether the information which is at the core Plaintiff's claims

constitutes a "consumer report" and therefore is subject to the provisions of the Fair

Credit Reporting Act ("FCRA") which Plaintiff contends Defendants violated.

2.　　Additionally, oral argument will allow the Parties to explain, and

answer any questions of this Court about, a comparison of that test to the

allegations in the Complaint and the inconsistent descriptions of those allegations

by the Plaintiff in his Opposition to Defendants' Motion to Dismiss. (ECF 23.)

     3.     Additionally, during oral argument the Parties can address the futility

of Plaintiff's new contentions and why leave to amend Plaintiff's Complaint should

be denied.

     4.     Defendants believe that oral argument would require 25–30 minutes

for each side (i.e., 1 hour in total for both sides to argue the motion).

     **WHEREFORE**, for the foregoing reasons, Defendants request the Court allow

a hearing for oral argument on Defendants' Motion to Dismiss.


Dated: May 21, 2021          Respectfully submitted,

                           */s/ Michael O'Neil*

                           Michael O'Neil (*admitted Pro Hac Vice*)
                           Albert E. Hartmann (*admitted Pro Hac Vice*)
                           **REED SMITH LLP**
                           10 South Wacker Drive, 40th Floor
                           Chicago, IL 60606
                           T: 312-207-1000
                           michael.oneil@reedsmith.com
                           ahartmann@reedsmith.com

                           Sandra Davis Jansen (#27803-53)
                           Schuckit & Associates PC
                           4545 Northwestern Dr.
                           Zionsville, IN 46077
                           Tel: (317) 363-2400
                           Fax: (317) 363-2257
                           sjansen@schuckitlaw.com

                           *Counsel for Defendants Trans Union LLC*
                           *and TransUnion Healthcare, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 21, 2021, a true and accurate copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties. Parties may access this filing through the Court's CM/ECF system.

*/s/ Michael O'Neil*